# Exhibit B

## To Defendant Eli Lilly and Company's Notice of Removal of Civil Action

Case being removed:
*Lisa Corbett, et al. v. Eli Lilly and Company, et al.*
D.C. Superior Ct. No. 05-0005730

124658v1

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| LISA CORBETT and | \* |
| JOHN CORBETT, | \* |
| 362 Arlington Street | \* |
| Watertown, MA 02472 | \* |
| | \* CIVIL ACTION _____ |
| Plaintiffs, | \* |
| | \* SUPERIOR COURT NO. 05-0005730 |
| vs. | \* |
| | \* |
| ELI LILLY AND COMPANY, et al. | \* |
| | \* |
| Defendants. | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT BRISTOL-MYERS SQUIBB COMPANY'S CONSENT TO REMOVAL**

Defendant Bristol-Myers Squibb Company, with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned action, which was originally filed in the Superior Court of the District of Columbia (Case No. 05-0005730), to this Court.

Sidney G. Leech
Goodell, DeVries, Leech & Dunn, L.L.P.
One South Street, 20th Floor
Baltimore, Maryland 21202
Telephone: (404) 783-4000
Facsimile: (404) 783-4040

**ATTORNEYS FOR BRISTOL-MYERS
SQUIBB COMPANY**

1723520v1