## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * * * *
LISA CORBETT,                        *
362 Arlington Street                 *
Watertown, MA  02472, and            *
                                     *
JOHN CORBETT,                        *
362 Arlington Street                 *
Watertown, MA  02472                 *
                                     *
                      Plaintiffs,    *
                                     *   CIVIL ACTION _____
            vs.                      *
                                     *   SUPERIOR COURT NO. 05-0005730
ELI LILLY AND COMPANY,               *
Lilly Corporate Center               *
Indianapolis, IN  46285, and         *
                                     *
BRISTOL-MYERS SQUIBB COMPANY         *
a successor of E.R. SQUIBB & SONS, INC.,  *
P.O. Box 4500                        *
Princeton, NJ 08543                  *
                      Defendants.    *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## DEFENDANT ELI LILLY AND COMPANY'S DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, Eli Lilly and Company has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

124724v1

Respectfully submitted,

Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
SHOOK, HARDY & BACON L.L.P
600 14TH Street, N.W., Suite 800
Washington, D.C.  20005-2004
Phone: (202) 783-8400
Fax: (202) 783-4211

and

David W. Brooks
Mark C. Hegarty
John F. Kuckelman
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri  64108
Phone: (816) 474-6550
Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

124724v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been furnished by U.S. Mail, postage prepaid, to the following counsel of record this **8th** day of August, 2005.

Aaron M. Levine, Esq.
Aaron Levine & Associates
1320 19th St., NW, Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiffs**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

**Attorneys for Bristol Myers Squibb Company**

*Michelle R. Mangrum*

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

3

124724v1