IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LISA CORBETT, et al.** ]<br>]<br>**Plaintiffs,** ]<br>]<br>v. ]<br>]<br>**ELI LILLY AND COMPANY, et al.,** ]<br>]<br>**Defendants.** ] | Civil Action No.: 05-1584 (JR)<br>Next Event: |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Brandon J. Levine of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs LISA CORBETT and JOHN CORBETT in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES


 /s/ Brandon J. Levine
BRANDON J. LEVINE, #412130
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046