IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LISA CORBETT, et vir.                              *

     Plaintiffs                              *

                                      Case No.: 1:05-CV-01584 (JR)

v.                                                 *

ELI LILLY & COMPANY, et al.                        *

     Defendants                              *

       *     *     *     *     *     *     *     *     *

## NOTICE TO ENTER APPEARANCE

Mr. Clerk:

Please enter the appearance of Sidney G. Leech, Malcolm S. Brisker and Goodell, DeVries, Leech & Dann, LLP as attorneys for Bristol-Myers Squibb Company in the above-captioned case.

                                                   /s/
                                Sidney G. Leech  (D.C. Bar No. 359071)
                                Malcolm S. Brisker
                                Goodell, DeVries, Leech & Dann, LLP
                                One South Street, 20th Floor
                                Baltimore, Maryland 21202
                                410-783-4000
                                ***Attorneys for Defendant***
                                ***Bristol-Myers Squibb Company***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of August, 2005, a copy of the

foreging Notice to Enter Appearance of Bristol-Myers Squibb Company was mailed

first-class, postage prepaid, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036; *Attorney for Plaintiffs*

John Kuckelman, Esquire
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108;

Michele R. Mangrum, Esquire
Shook, Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004; *Attorneys for Eli Lilly & Company*


                                        /s/
                                    Sidney G. Leech

2