IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LISA CORBETT, et al.,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 05-cv-1584 (JR) |
| ] | Next Event: Status Conference on |
| **ELI LILLY AND COMPANY, et al.,** ] | October 24, 2005 at 4:30 p.m. |
| ] | |
| **Defendants.** ] | |

### [PROPOSED] SCHEDULING ORDER

The parties suggest the following schedule:

December 28, 2005:   Deadline for Joinder and/or Amendment of the Pleadings.

January 10, 2006:   Deadline for serving Discovery Requests.

February 9, 2006:   Deadline for plaintiffs to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

April 13, 2006:   Status Conference at 4:30 p.m.

May 11, 2006:   Deadline for defendants to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

June 12, 2006:   All Discovery closed. The parties agree that experts may be deposed until the close of discovery.

July 17, 2006:   Deadline for filing Dispostive Motions.

September 2006:   Pre-Trial Conference.

DATED: _____       _____
                                     JAMES ROBERTSON
                                     United States District Judge

|  |  |
|---|---|
|  | Respectfully submitted, |
| AARON M. LEVINE & ASSOCIATES | SHOOK, HARDY & BACON, L.L.P. |
| /s/ Aaron M. Levine<br>AARON M. LEVINE, #7864<br>1320 19th Street, N.W., Suite 500<br>Washington, DC   20036<br>202-833-8040 | /s/ Michelle R. Mangrum (by permission-rm)<br>MICHELLE R. MANGRUM, #473634<br>600 14th Street, N.W., Suite 800<br>Washington, DC   20005-2004<br>202-223-1200 |
| Counsel for Plaintiff | and |
|  | David W. Brooks, Esq.<br>Mark C. Hegarty, Esq.<br>John F. Kuckelman, Esq.<br>Harley V. Ratliff, Esq.<br>SHOOK, HARDY & BACON, L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO   64108<br>816-474-6550 |
|  | Counsel for Defendant Eli Lilly and Company |
|  | GOODELL, DEVRIES, LEECH & DANN LLP |
|  | /s/ Sidney G. Leech (by permission-rm)<br>SIDNEY G. LEECH, #359071<br>One South Street, 20th Floor<br>Baltimore, MD   21202<br>410-783-4000 |
| Dated: October 14, 2005 | Counsel for Defendant Bristol-Myers Squibb |