**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LISA CORBETT,**<br>**362 Arlington Street**<br>**Watertown, MA 02472, and**<br><br>**JOHN CORBETT,**<br>**362 Arlington Street**<br>**Watertown, MA 02472**<br><br>                **Plaintiffs,**<br><br>      **vs.**<br><br>**ELI LILLY AND COMPANY,**<br>**Lilly Corporate Center**<br>**Indianapolis, IN  46285**<br><br>**BRISTOL-MYERS SQUIBB COMPANY**<br>**A successor of E.R. SQUIBB & SONS, INC.,**<br>**P.O. Box 4500**<br>**Princeton, NJ 08543**<br><br>                **Defendants**. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Civil Action No. 05-cv-01584-JR**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Emily J. Laird as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

126764v1

| | |
|---|---|
| Dated: October 21, 2005 | Respectfully Submitted, |

SHOOK, HARDY & BACON, L.L.P.

 /s/ Emily J. Laird
Emily J. Laird, DC Bar No. 485890
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone
(202) 783-4211 Facsimile

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

## **CERTIFICATE OF SERVICE**

       I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 21st day of October, 2005, which sent notification of such filing to all counsel of record.

Aaron M. Levine
Brandon J. Levine
Steven Jay Lewis
Renee Lynn Robinson-Meyer
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

**Attorney for Bristol Myers Squibb Company**

                                    /s/ Emily J. Laird
                                    **ATTORNEY FOR DEFENDANT**
                                    **ELI LILLY AND COMPANY**