# Exhibit 2

To
Memorandum of Points and Authorities
in Support of Defendant Eli Lilly and Company's
Motion to Transfer to the District of Massachusetts

Filed in:
*Lisa Corbett, et al. v. Eli Lilly and Company, et al.*
U.S. District Court for the District of Columbia
Civil Action No. 05-CV-1584-JR

130115v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LISA CORBETT, et vir.           ]
                                ]
    Plaintiffs,                 ]
                                ]
        v.                      ]   Civil Action No.: 05-cv-01584(JR)
ELI LILLY AND COMPANY, et al.   ]
                                ]
    Defendants.                 ]

PLAINTIFF LISA CORBETT'S ANSWERS TO DEFENDANT
ELI LILLY AND COMPANY'S FIRST SET OF INTERROGATORIES

1. Please state your present name, date and place of birth, Social Security Number, and all other names you have used or been known by, including the period during which you were known by such other names.

ANSWER: See answer to Interrogatory #19 to Defendant Bristol-Myers Squibb Company's First Set of Interrogatories.

2. Please state in chronological order the full address for each residence at which you have resided for a period of thirty (30) days or more, and state the date each such residency was commenced and terminated.

ANSWER:  a.   358 Arlington Street
              Watertown, MA 02472
              11/1958-4/1985

         b.   87 Hull St.
              Belmont, MA 02478
              4/1985-10/1989

         c.   362 Arlington St.
              Watertown, MA 02472
              10/1989 - present

3. Please state whether you have ever been married and, if so, for each marriage identify the full name and present address of your spouse, the date and place of marriage and the date, place and manner of the termination of any such marriage, including the date, place and court where any divorce or dissolution was granted.

ANSWER: See answer to Interrogatory #9 to Defendant Bristol-Myers Squibb Company's First

Set of Interrogatories.

4. Please state your educational background including colleges attended, years of such attendance and any degrees or diplomas obtained from such colleges.

**ANSWER:** See answer to Interrogatory #12 to Defendant Bristol-Myers Squibb Company's First Set of Interrogatories.

5. Please state the name and address of your present and past employers and/or any periods of self-employment, including the job title, nature of duties, length of period of employment or self-employment, average monthly earnings and reason for leaving employ of each such employer or period of self-employment.

**ANSWER:** See answer to Interrogatory #11 to Defendant Bristol-Myers Squibb Company's First Set of Interrogatories.

6. Except for the present lawsuit, if you ever made any claim or filed any lawsuit for personal injury or disability, please provide the details, including the approximate date each such claim or other lawsuit was filed; the nature of your claimed injury, disability or condition; the name and address of each person, firm or corporation against whom such claim or suit was made or filed; the amount received by way of settlement, payment or judgment for each such claim or suit; the approximate date, location and circumstance of the occurrence causing any injury, disease or disability for each such suit or claim; and the name and address of the court, commission or other body before which such claim or suit was filed, if any, and the number assigned to each such claim or suit.

**ANSWER:** Not Applicable.

7. Please state the name and address of each physician or other health care provider who has treated you for any reason which you do not attribute to your alleged exposure to the diethylstilbestrol (DES) referred to in your Complaint, including the nature, date, location, of any such treatment, the name and address of each hospital, clinic or other health care facility where you were confined, treated or examined, and the dates of such confinement, treatment or examination.

**ANSWER:** See answers to Interrogatories #4, 5, and 7 in response to Defendant Bristol-Myers Squibb Company's First Set of Interrogatories.

8. In regard to your menstrual history, please state your age at the onset of menstruation, whether menstruation was regular, and if not, describe such irregularities as well as any

2

cramping, fainting, dizzy spells, or any other difficulties with menstruation (such as excessive or prolonged flow), and if you have consulted a physician or other health care provider regarding any of these irregularities or difficulties, please state the name and address of the physician, the approximate dates consulted and the reason for any such consultation, examination or treatment.

**ANSWER:** See answers to Interrogatories #4, 5, and 7 in response to Defendant Bristol-Myers Squibb Company's First Set of Interrogatories.

9. If you have ever attempted to become pregnant, but been unable to conceive, please state the number of months or years (give approximate dates) you were unable to conceive, and the name and address of any physician or other health care provider consulted and the date(s) of each consultation.

**ANSWER:** Plaintiff conceived 4 times. See Medical Records attached hereto.

10. If you have ever been pregnant, please state the number of months or years you attempted to conceive before becoming pregnant and the approximate date of conception; the date of termination of the pregnancy and the result (e.g., childbirth, miscarriage, spontaneous abortion, therapeutic abortion, etc.); the name and address of each physician of other health care provider consulted during the pregnancy; the name and address of the physician or other health care provider consulted during the pregnancy; the name and address of the physician or other health care provider attending the birth (or abortion); the name and address of the hospital where each child was born (or each pregnancy, miscarried or aborted); if the pregnancy resulted in the birth of a child, the name and address of each child; whether the child had any birth defects or inherited diseases/disorders and, if so, the nature of each such birth defect, disease or disorder; whether each child is now deceased and, if so, the date, place, and cause of each child's death.

**ANSWER:** See answers to Interrogatories #4 and 7 in response to Defendant Bristol-Myers Squibb Company's First Set of Interrogatories.

11. Please state the inclusive dates of your mother's pregnancy with you, your mother's and father's names as of your date of birth, your mother's address during her pregnancy with you, the name and address of the doctor and/or other persons who delivered you, the name and address of the hospital or other place where you were delivered, including a description of the location if not delivered in a hospital.

**ANSWER:** See answer to Interrogatory #18 in response to Defendant Bristol-Myers Squibb Company's First Set of Interrogatories.

3

conditions attributed to your alleged exposure to the drug identified in your Complaint, please state the total amount claimed, the dates of employment missed and the reasons therefore; and for the last 5 years in which you filed federal income tax returns, state as to each return filed, your name as it appeared on the federal return, whether the return was a joint return, and the name of your spouse as it appeared on the return if a joint return was filed, and your address as it appeared on the return.

**ANSWER:**   Plaintiff is not making a claim for loss of wages at this time.

17.   As to your mother, please state her full name and maiden name; her date and place of birth; her present address if living, the date and cause of death if deceased; all residences at which your mother lived for a period of more than thirty (30) days since her pregnancy with you was diagnosed; any and all major illnesses, diseases and/or conditions your mother has or has had and the approximate dates of such illness, disease and/or condition; the approximate date of each of your mother's pregnancies; the outcome of each of your mother's pregnancies; what drugs, including diethylstilbestrol (DES), were administered in each of your mother's pregnancies; any medical problems developed during your mother's pregnancies; the name and address of each physician or other health care provider your mother consulted during each pregnancy; the name and address of the hospital or clinic where your mother was confined during each such pregnancy; your mother's present marital status and, if married, the name and address of her spouse.

**ANSWER:**   See letter dated 1/22/06, which supplements answer to interrogatory #24, in response to Defendant Bristol-Myers Squibb Company's First Set of Interrogatories. Also, see answers to interrogatories #17 and 18 in response to Defendant Bristol-Myers Squibb Company's First Set of Interrogatories.

Prior addresses:

a.   315 Franklin Street
     Cambridge, MA 02139
     6/1930 - 9/1954
     Also - 12/1955-5/1956

b.   15 Pleasant Street
     Cambridge, MA 02139
     9/1954 - 12/1955

5

  c. 358 Arlington Street
    Watertown, MA 02472
    5/1956-present

18. As to your father, please state his full name; his place and date of birth; his present address if living, the date and cause of death if deceased; all residences at which your father lived for a period of more than thirty (30) days since the date of your birth; all major illnesses, diseases and/or conditions which your father has or has had and the approximate dates of such illness, disease and/or condition; his present marital status and, if married, the name and address of his spouse.

**ANSWER:** See letter dated 1/22/06, supplement to Plaintiff's answer to interrogatory #24, in response to Defendant Bristol-Myers Squibb Company's First Set of Interrogatories.

19. As to your brothers and sisters, please state their names at birth, their present names if different from their names at birth; their present addresses if living, the date and cause of their deaths if deceased; all major illnesses, diseases and/or conditions which each has had and the dates of each such illness, disease and/or condition; the date of each of their births and their relationship to you (natural brother, step-sister, adopted, etc.).

**ANSWER:** Plaintiff has 3 siblings as follows:

 a. Name: Marie Perlatonda; Address: 358 Arlington Street, Watertown, MA 02472; Major Illnesses: None; Date of Birth: 10/19/1963. No DES exposure.

 b. Name: Joseph Perlatonda; Address: 24 Dwight St., Boston, MA 02118; Major Illnesses: None; Date of Birth: 2/5/1956; No DES exposure.

 c. Name: Paul Perlatonda; Address: 364 Arlington St., Watertown, MA 02472; Major Illnesses: None; Date of Birth: 3/12/1955; No DES exposure.

20. As to your allegation that your mother ingested diethylstilbestrol (DES) during her pregnancy with you, and that such diethylstilbestrol (DES) was manufactured by Lilly, please state all dates when diethylstilbestrol (DES) was prescribed for your mother, the names and addresses of each physician who prescribed diethylstilbestrol (DES) for your mother, the names and addresses of all pharmacies, physician's offices, hospitals, clinics or other places at which your mother obtained diethylstilbestrol (DES) or it was obtained for her, the name and address of each person known to you or your representatives who has knowledge of facts which support such allegations and please identify each fact and each document which

support such allegations.

**ANSWER:** a. Dates when DES was prescribed: during the first trimester.

b. Dr. Phillip McGovern, Sr. Prescribed DES; Cambridge, MA.

c. Plaintiff's mother filled her DES prescription at Shore Drug, located at 297 Belmont St., Belmont, MA 02478.

d. See previously produced statement of Phillip McGovern, Jr., M.D., and also affidavit of plaintiff's mother in response to Defendant's Request for Production of Tangible Things. Plaintiff reserves the right to supplement this response.

21. Describe in detail the physical appearance of the diethylstilbestrol you allege your mother ingested, including its form (for example, pill, injection, capsule), the shape, color, or size of any pill, tablet or capsule, the dosage of the DES your mother took, the number of times it was taken per day, and any markings that may have appeared on the product.

**ANSWER:** Plaintiff's mother recalls that the DES was taken in pill form, was white, small, cross-scored, and un-coated. See Affidavit of Phyllis Perlatonda, provided in response to Defendant's Request for Production of Tangible Things.

22. Please state the date on which you first believed that your mother took DES during her pregnancy with you, the date you first discovered any injury you claim to be due to your exposure to DES, and the date you first believed that DES manufacturers in general or any DES manufacturer in particular acted in any way wrongly, negligently, or tortuously in the manufacture or distribution of DES or in the warning about the use of DES.

**ANSWER:** a. Plaintiff first learned she was exposed to DES in 1976.

b. Plaintiff did not discover her uterine and cervical abnormalities were due to her exposure to DES until 3/2005.

c. 3/2005 was the first date Plaintiff believed that DES manufacturers in general or any DES manufacturer in particular acted in any way wrongly, negligently, or tortuously in the manufacture or distribution of DES or in the warnings about the use of DES.

The information contained in these answers, as well as the word usage, sentence structure and opinions, are not solely that of the declarant; rather, they are product of counsel in preparation with declarant.

I SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTY OF PERJURY THAT THE INFORMATION CONTAINED IN THE FOREGOING ANSWERS TO INTERROGATORIES ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Dated: 1-31-2006

_____
Lisa Corbett, Declarant

AARON M. LEVINE & ASSOCIATES, P.A.

_____
AARON M. LEVINE, #7864
1320 19th Street, N.W.
Suite 500
Washington, D.C. 20036
202/833-8040

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of January, 2006, a true and correct copy of the foregoing Plaintiff Lisa Corbett's Answers to Defendant Eli Lilly and Company's First Set of Interrogatories was served via first class, postage prepaid, U.S. Mail, on counsel for Defendant:

John Kuckelman, Esq.
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108

Michelle R. Mangram, Esq.
Shook, Hardy & Bacon LLP
600 14th Street, N.W., Suite 800
Washington, DC 20005-2004

Sidney G. Leech, Esq.
Goodell, DeVries, Leech & Dann, LLP
One South St., 20th Floor
Baltimore, MD 21202.

_____
Aaron M. Levine