**Exhibit 3**

To
Memorandum of Points and Authorities
in Support of Defendant Eli Lilly and Company's
Motion to Transfer to the District of Massachusetts

Filed in:
*Lisa Corbett, et al. v. Eli Lilly and Company, et al.*
U.S. District Court for the District of Columbia
Civil Action No. 05-CV-1584-JR

LAW OFFICES

BRANDON J. LEVINE
JENNIFER A. LEVINE*
RENEE L. ROBINSON-MEYER
STEVEN J. LEWIS

———————

ANDREW E. LEVINE, M.D.
MARICEL L. CRUZ, R.N. BSN
NICOLE WALDEN, R.N. BSN JD.
YVONNE SIPMAN, R.N.
MEDICAL SPECIALISTS

## AARON M. LEVINE & ASSOCIATES

BOARD CERTIFIED TRIAL ADVOCATE

FIFTH FLOOR
1320 NINETEENTH STREET, N.W.
WASHINGTON, D.C. 20036

TEL (202) 833-8040
FAX (202) 833-8046
TOLL FREE (888) 868-5380
aaronlevinelaw@aol.com
www.aaronlevinelaw.com

*ADMITTED IN NEW YORK AND ILLINOIS ONLY

January 23, 2006

Sidney G. Leech, Esq.
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

Re:     *Lisa Corbett, et vir. v. Eli Lilly & Company, et al.*
        Civil Action No.: 05-CV-1584 (JR)

Dear Mr. Leech:

In response to your letter dated January 18, 2006, Plaintiff submits the following informal response to Squibb's Interrogatory No. 24:

a.   Mother: Phyllis Marie (Sorrentino) Perlatonda; 6/25/1930; 358 Arlington St., Watertown, MA, 02472; SSN: 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; Widowed.

b.   Father: Joseph J. Perlatonda, Sr.; 12/22/1928; 358 Arlington St., Watertwon, MA, 02472; SSN: 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; Deceased: 11/15/1995.

Also, find the attached statement of Phyllis M. Perlantonda with attached photo referenced within as supplement to Defendant's previously produced Interrogatories. Please contact me if you have any further questions.

Sincerely,

*Aaron M. Levine*

Aaron M. Levine

AML/nw

cc:    John Kuckleman, Esq.
       Michelle Mangrum, Esq.

## AFFIDAVIT OF PHYLLIS M. PERLATONDA

1.  My name is Phyllis Perlatonda.  I currently reside at 358 Arlington St., in Watertown, Massachusetts.  I was born June 25, 1930, in Cambridge, Massachusetts.

2.  I am the mother of Lisa (Perlatonda) Corbett, who was born October 12, 1958, at Cambridge City Hospital, in Cambridge, Massachusetts.

3.  In early 1958, I became pregnant with my daughter Lisa.  My obstetrician was Philip McGovern, Sr., M.D., who practiced in Cambridge, MA.

4.  Dr. McGovern, Sr.  began me on a hormone called Diethylstibesterol early in my pregnancy when I began hemorrhaging.

5.  I started taking the DES pills in early May of 1958, and continued taking them for several months during the pregnancy.

6.  I remember that the dosage of DES that I took increased as the pregnancy progressed.

7.  I remember that the DES pills were small, round, white, uncoated and had cross-scored markings, as shown in the attached photo.

8.  Had I been warned that these DES pills could potentially harm the developing fetus, I never would have taken them.


I state under penalty of perjury that the above statement is true and correct.  Executed on this _9_ day of _November_ , 2005.

_Phyllis M Perlatonda_
Phyllis M. Perlatonda

Witnessed by:
_Lisa Corbett_
Address: _362 Arlington Dr_
_Watertown, MA_
_02472_



1A-307

