# Exhibit 4

To
Memorandum of Points and Authorities
in Support of Defendant Eli Lilly and Company's
Motion to Transfer to the District of Massachusetts

Filed in:
*Lisa Corbett, et al. v. Eli Lilly and Company, et al.*
U.S. District Court for the District of Columbia
Civil Action No. 05-CV-1584-JR

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LISA CORBETT, et vir. | * | |
| **Plaintiff** | * | |
| v. | * | Civil Action No. 05-CV-1584 (JR) |
| ELI LILLY & COMPANY, et al. | * | |
| **Defendant** | * | |

* * * * * * * * *

## PLAINTIFF LISA CORBETT'S ANSWERS TO DEFENDANT BRISTOL-MYERS SQUIBB COMPANY'S FIRST SET OF INTERROGATORIES

1. If you contend this Defendant, or its predecessor, E.R. Squibb & Sons, Inc., was the manufacturer or seller of any DES which you allege your mother ingested during her pregnancy with you, then state all facts in support of this contention and state the full name and address of any person who has personal knowledge in support of such contention.

ANSWER: See Plaintiff's medical records and Affidavit of Phyllis Perlatonda produced in response to Defendant's Request for Production of Documents and/or Tangible Things. See also Boston/Surrounding Area DES Market Analysis Study compiled by Harold Sparr, R.Ph.

2. Describe in detail the physical appearance of the diethylstilbestrol that you allege your mother ingested during her pregnancy with you, including its form (for example, pill, injection, capsule), the shape, color or size of any pill tablet or capsule, the dosage of the DES your mother took and any markings that may have appeared on the product.

ANSWER: Please see Affidavit of Ms. Phyllis Perlatonda, produced in response to Defendant's Request for Production of Documents and/or Tangible Things.

3. State the date upon which you were first informed that you had been exposed to DES <u>in utero</u> and indicate the name and address of the person who informed you of this fact.

**ANSWER:** Plaintiff was informed by her mother that she was exposed to DES in approx.1976. See answer to Interrogatory Question #1.

4. State the full name, medical specialty and present business address of any health care provider who informed you that you had a DES-related injury and, if so, describe in detail the nature and extent of any such injury.

**ANSWER:** Dr. William J. Callahan, MD, 11 Nevins St., Ste. 503, Brighton, MA 02135, recently informed my lawyers that my in utero DES exposure caused:

    a. T-shaped, hypoplastic uterine cavity.

    b. Incompetent Cervix x 2 pregnancies

    c. One pre-term fetal death at 25 weeks gestation

    d. One second trimester stillbirth at 20 weeks gestation

    e. Two spontaneous miscarriages; 9 weeks and 12 weeks gestation

    f. Secondary infertility

5. State the full name, medical specialty and current business address of each health care provider who has examined or treated you concerning any gynecological or obstetrical issue from the time of your menarche to date.

**ANSWER:**
    a. William J. Callahan, MD - OB/GYN
       11 Nevins St., Ste. 503
       Brighton, MA 02135

    b. Robert Monoson, MD & Martin Gillieson, MD
       Dept. Of Maternal-Fetal Medicine
       Caritas St. Elizabeth's Medical Center
       736 Cambridge St.
       Boston, MA 02135

Plaintiff reserves the right to supplement this Answer as discovery progresses.

6. With respect to the health care providers identified in the preceding interrogatory, state the full name, medical specialty and present business address of any health care provider who is currently providing you with obstetrical or gynecological or fertility examination, treatment or advice.

   **ANSWER:**   William J. Callahan, MD - OB/GYN
11 Nevins St., Ste. 503
Brighton, MA 02135

7. Please state the number of pregnancies that you have had and for each pregnancy, please state the approximate date the pregnancy began; the name and address of each health care provider who examined or treated you during your pregnancy; the approximate date the pregnancy ended; the method by which the pregnancy ended (E.G. live birth, spontaneous abortion, voluntary abortion, stillborn delivery); and, if the pregnancy ended in live birth, the name of the child and his or her present residential address.

   **ANSWER:**   Plaintiff has had four pregnancies as follows:

      a.   LMP 2/7/1992. Spontaneous, incomplete miscarriage at 9 weeks gestation; William J. Callahan, MD, 11 Nevins St., Ste. 503, Brighton, MA 02135.

      b.   LMP 6/17/1992; Preterm Delivery at 25 weeks. Male infant, died within 8 hours of delivery; 12/11/1992. William J. Callahan, MD, 11 Nevins St., Ste. 503, Brighton, MA 02135. Robert Monoson, MD, Dept. Of Maternal-Fetal Medicine, Caritas St. Elizabeth's Medical Center, 736 Cambridge St. Boston, MA 02135.

      c.   LMP 1/6/1994. Preterm Delivery at 20 weeks, Male infant, stillborn, 5/29/1994. Robert Monoson, MD, Dept. Of Maternal-Fetal Medicine Caritas St. Elizabeth's Medical Center, 736 Cambridge St. Boston, MA 02135.

      d.   LMP approx. 1/1996. Fetal Heart beat noted as absent at roughly 12th week of gestation. Pregnancy ended via operative procedure, 5/3/1996. Martin Gillieson, MD, Dept. Of Maternal-Fetal Medicine Caritas St. Elizabeth's Medical Center, 736 Cambridge St. Boston, MA 02135.

8. If you claim to have suffered any loss of earnings or loss of income as a result of the injuries allegedly due to your in utero DES exposure, state the specific dates during which you claim your income was diminished or lost, state the precise rate of pay that you would have received during this period of diminished or lost income, state the name and address of your employer from whom you lost the income and state the total amount of alleged loss of income or loss of profit which you are claiming in this suit.

   **ANSWER:**   Plaintiff is not making a claim for loss of earnings at this time.

9. If you have ever been married, identify as to each marriage, the name and address of the person to whom you were married, the date and place of each marriage, the date, place and

The information contained in these answers, as well as the word usage, sentence structure and opinions, are not solely that of the declarant; rather, they are product of counsel in preparation with declarant.

I SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTY OF PERJURY THAT THE INFORMATION CONTAINED IN THE FOREGOING ANSWERS TO INTERROGATORIES ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Dated: 11/29/05

_____
Lisa Corbett, Declarant

AARON M. LEVINE & ASSOCIATES, P.A.

_____
AARON M. LEVINE, #7864
1320 19TH Street, N.W.
Suite 500
Washington, D.C. 20036
202/ 833-8040

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____ Day of December, 2005, a true and correct copy of the foregoing Plaintiff Lisa Corbett's Answers to Defendant Bristol-Myers Squibb and Company's First Set of Interrogatories was served via first class, postage prepaid, U.S. Mail, on counsel for Defendant:

Sidney G. Leech, Esq.
Goodell, Devries, Leech & Dann, LLP
One South Street
20th Floor
Baltimore, MD 21202; *Attorney for Bristol-Myers Squibb*

John Kuckleman, Esq.
Shook, Hardy & Bacon, LLP
255 Grand Boulevard
Kansas City, MO 64108;

Michelle R. Mangrum, Esq.
Shook, Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, D.C. 2000502004; *Attorneys for Eli Lilly & Company*

_____
Aaron M. Levine