IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA CORBETT, et al., ] | |
| ] | |
| Plaintiffs, ] | |
| ] | |
| v. ] | Civil Action No.: 05-cv-1584 (JR) |
| ] | Next Event: Status Conference on |
| ELI LILLY AND COMPANY, et al., ] | April 18, 2006 at 10:00 a.m. |
| ] | |
| Defendants. ] | |

## NOTICE OF NON-OPPOSITION

COME NOW the Plaintiffs, by and through counsel, and decline to Oppose Defendant Eli Lilly and Company's Motion to transfer this matter to the District of Massachusetts.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES


 /s/ Aaron M. Levine

AARON M. LEVINE, #7864
1320 19th Street, N.W.
Suite 500
Washington, DC   20036
202-833-8040

Counsel for Plaintiffs