THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

```
* * * * * * * * * * * * * * * * * * * * * * * *
LISA CORBETT, et al.                          *
                                              *
         Plaintiffs,                          *
                                              *
vs.                                           *   Civil Action No. 05-cv-01584 (JR)
                                              *
ELI LILLY AND COMPANY, et al.                 *
                                              *
         Defendants.                          *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER

UPON CONSIDERATION of Defendant Eli Lilly and Company's Motion to Transfer to the District of Massachusetts pursuant to 28 U.S.C. § 1404(a),

IT IS HEREBY ORDERED that Eli Lilly and Company's Motion is granted;

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1404(a), this case is transferred to the United States District Court for the District of Massachusetts.

Dated: June 5, 2006

_____
United States District Judge

cc:    Appended list of counsel of record

1930502v1

- 2 -

## COUNSEL OF RECORD

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
**Attorneys for Bristol Myers Squibb Company**

Michelle R. Mangrum, Esq.
Shook, Hardy & Bacon L.L.P.
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
**Attorneys for Defendant Eli Lilly and Company**